IN THE SUPREME COURT OF NORTH CAROLINA

No. 340A15

Filed 18 March 2016

IN THE MATTER OF:  M.P.M.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 776 S.E.2d 687 (2015), affirming an order entered on 12 December 2014 by Judge Michelle Fletcher in District Court, Guilford County.  Heard in the Supreme Court on 15 February 2016.

*Mercedes O. Chut for Guilford County Department of Health and Human Services, petitioner-appellee.*

*Opoku-Mensah Law Firm, PLLC, by Gertrude Opoku-Mensah, for appellee Guardian ad Litem.*

*Mary McCullers Reece for respondent-appellant father.*

PER CURIAM.

AFFIRMED.